**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| APRIL FAVORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-1212  (UNA) |
| | ) | |
| ROUND ROCK COUNTY | ) | |
| COURTHOUSE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis*, ECF No. 2, and her *pro se* complaint, ECF No. 1.  For the reasons discussed below, the Court grants the application and dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

1

determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This plaintiff's complaint, using a preprinted form titled "Complaint for a Civil Case," fails to meet the minimal pleading standard set forth in Rule 8(a). In the section designated for the Statement of Claim, plaintiff states:

> I have sent a copy again I can't get a fair trail or court date without being mistrated [sic.]. Oh yeah the system is for the high profile secret of the system. I will explain

Compl. at 4. In the following section titled "Relief," plaintiff states, "unknown at this time something." *Id.*

As drafted, plaintiff's complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). Plaintiff neither states a basis for this Court's jurisdiction nor sets forth a short and plain statement of claim. Furthermore, plaintiff fails to demand damages, whether monetary or some other form of relief. Accordingly, the Court will grant the application to proceed *in forma pauperis* and dismiss the complaint without prejudice. A separate order will issue.

DATE: May 6, 2022

_____
TREVOR N. McFADDEN
United States District Judge